IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:13CR050-TMR |
| v. | : | |
| SHELLIE WOODS | : | ORDER UNSEALING INDICTMENT |

- - - - - - - - - -

IT IS HEREBY ORDERED that the Indictment filed herein and ordered sealed by the order of this Court on March 28, 2013, be unsealed by the Clerk of Courts.

DATE: 7-12-13

_____
THOMAS M. ROSE
Judge U.S. District Court